**No. 52019.**—Barth Feinberg, Inc. *v.* United States, protest 127477–K (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of music boxes similar in all material respects to those the subject of *Thorens Co.* v.

*United States* (15 Cust. Ct. 165, C. D. 965). In accordance therewith the claim of the plaintiff was sustained.